```
 1  Joel E. Elkins (SBN 256020)
    jelkins@weisslawllp.com
 2  WEISSLAW LLP
    9107 Wilshire Blvd., Suite 450
 3  Beverly Hills, CA 90210
    Telephone: 310/208-2800
 4  Facsimile:  310/209-2348

 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY WILHELMSON, | ) Case No.   3:20-cv-00797-SK |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DIMISSAL** |
| PATTERN ENERGY GROUP INC., ALAN R. BATKIN, JOHN BROWNE, MICHAEL M. GARLAND, RICHARD A. GOODMAN, DOUGLAS G. HALL, PATRICIA M. NEWSON, and MONA K. SUTPHEN, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Timothy Wilhelmson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DIMISSAL

| | |
|---|---|
| Dated: April 14, 2020 | **WEISSLAW LLP** <br> Joel E. Elkins <br><br> By: */s/ Joel E. Elkins* <br><br> Joel E. Elkins <br> 9107 Wilshire Blvd., Suite 450 <br> Beverly Hills, CA 90210 <br> Telephone:  310/208-2800 <br> Facsimile:   310/209-2348 <br><br> *Attorneys for Plaintiff* |
| **OF COUNSEL:** <br><br> **BRAGAR EAGEL & SQUIRE, P.C.** <br> Alexandra B. Raymond <br> 885 Third Avenue, Suite 3040 <br> New York, New York 10022 <br> Tel: (646) 860-9158 <br> Fax: (212) 214-0506 <br> Email: raymond@bespc.com <br><br> *Attorneys for Plaintiff* | |

- 2 -
NOTICE OF VOLUNTARY DIMISSAL